# EXHIBIT 3

20140309202
07/16/2014 RP1 $16.00

Recording Requested By:
PHH Mortgage Corporation (PHHM)

When Recorded Return To:

LEGAL ENTITY REVIEW DEPARTMENT
PHH Mortgage Corporation (PHHM)
1 MORTGAGE WAY
PO BOX 5449
Mt. Laurel, NJ 08054

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Harris, Texas
SELLER'S SERVICING #:7117250998 "THOMAS"
SELLER'S LENDER ID#: LERMER
INVESTOR'S LOAN #:
POOL #: AR9595

MERS #:     SIS #: 1-888-679-6377

Date of Assignment: June 25th, 2014
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FIRST CHOICE LOAN SERVICES, INC., ITS SUCCESSOR AND ASSIGNS at PO BOX 2026, FLINT, MI 48501-2026
Assignee: PHH MORTGAGE CORPORATION at 1 MORTGAGE WAY, MT LAUREL, NJ 08054

Executed By: WILLIAM PAUL THOMAS AND CHANTINI THOMAS, HUSBAND AND WIFE To: MERS AS NOMINEE FOR FIRST CHOICE LOAN SERVICES INC.
Date of Deed of Trust: 11/30/2012 Recorded: 12/06/2012 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 20120562886 In the County of Harris, State of Texas.

Property Address: 3305 PARKWOOD DR, HOUSTON, TX 77021
Legal Description: As Referenced on Original Recorded Document

    KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $160,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

    TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FIRST CHOICE LOAN SERVICES, INC., ITS SUCCESSOR AND ASSIGNS
On 06/25/14

By: _____
DOLORES LAURIA, Assistant Secretary

STATE OF NJ
COUNTY OF BURLINGTON

On 06/25/14, before me, HANA LYN C CANLAS, a Notary Public in and for BURLINGTON COUNTY in the State of NJ, personally appeared DOLORES LAURIA, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Hana Lyn C Canlas_
Notary Expires 3/13/2019

Hana Lyn C. Canlas
Notary Public of New Jersey
My Commission Expires March 13, 2019

(This area for notarial seal)

*SB*SBPHHM*06/25/2014 09:52:23 AM* PHHM01PHHMA000000000000000039328* TXHARRI* 7117250998 TXHARRI_TRUST_ASSIGN_ASSN **CGPHHM*

---

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 6/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas


BREYANA JANE ELLIS      Deputy     CON:445182|RP092170069

RP 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

**FILED FOR RECORD**
8:00 AM

JUL 16 2014

*Stan Stanart*
County Clerk, Harris County, Texas

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me, and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

JUL 16 2014


*Stan Stanart*
COUNTY CLERK
HARRIS COUNTY, TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 6/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy
BREYANA JANE ELLIS

 CON:445182|RP092170069

